## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: **08 C 579**

James T. Smith, Robert Terry, Paul Brown, and Harvey Everett,
    v.
Invsco Group, Ltd., Admiral Security Services, Inc., and Edy Klein,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

James T. Smith, Robert Terry, Paul Brown, and Harvey Everett

**JUDGE LEFKOW**
**MAGISTRATE JUDGE NOLAN**

| Field | Value |
|---|---|
| NAME (Type or print) | David Porfter, Esq. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ David Porter |
| FIRM | Law Office of David Porter |
| STREET ADDRESS | 11 S. LaSalle Street, Suite 1000 |
| CITY/STATE/ZIP | Chicago, Illinois 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6230624 |
| TELEPHONE NUMBER | (312) 236-1207 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT