TO: The President and Board Members of the Plaza 440 Condominium Association
440 North Wabash Avenue
Chicago, Illinois 60611

RE: **Discriminatory Practices** of Property Manager Edy Klein and Assistant Property Manager Chuck Patterson and creating a **Hostile Work Environment** toward the **Lead Doorman**: James Smith, **and the Doormen Staff Members**, Paul Brown, Robert Terry, Harvey Everett and Perry Moon

Date: March 22, 2007

President and Members of the Plaza 440 Condominium Associate Board:

I have been asked to address the Board by the Doorman staff listed above for unfair and discriminatory treatment by the Plaza 440 Management staff. We the members of the Doorman staff have been placed in an unacceptable and hostile work environment. We have been the victims of unfair and biased treatment, overly harsh punishments and feel we are under a constant threat of being written up or suspended for the most minor infractions while we see other employees being treated like favorites and not being subjected to these same punishments and cursing tenants. These incidents have been reported and all with no similar punishments meted out.

As Lead Doorman I was recently given a 3 day suspension without a full investigation of the incident. I was called to a meeting attended by both Edy Klein and Chuck Patterson and Mr. Patterson opened the meeting by telling me he "overheard" a phone conversation by Kweli Bond (Administrative Staff person) and he stated he questioned her about it. I was told that Ms. Bond told him I had jokingly referred to her as Mrs. Terry. I was told that I was participating in "sexual harassment" and that I should not condone the activity of Mr. Terry and his advances toward Ms. Bond. We have always had a friendly relationship. Ms. Bond does not report to me, I have no supervisory responsibilities over her and Ms. Bond has never said to me she did not feel comfortable with our light banter. As a matter of record Ms. Bond has joked with me and I did not feel she meant anything other than a normal, on the job relationship with a fellow employee. Mr. Patterson did not investigate the matter. If he had, he would have realized there was nothing of an irregular nature going on between Mr. Terry and Ms. Bond or me and Ms. Bond, and in fact Ms. Bond has asked Mr. Terry for a ride home and he declined. I don't think a woman who thinks she is being sexually harassed would request a ride from her harasser. In fact Mr. Everett did take her home.

Both Ms. Klein and Mr. Patterson knew the intentions of the meeting and I did not. They should be aware of the Weingarten Rights, which allows union members to have a union representative present during investigatory interviews. I was not afforded that opportunity. Some of the write ups the Doormen have been subjected to are listed below.

Mr. Everett was written up for a lock out that he **did not** sign and, in fact, was signed by another employee.

Mr. Moon was written up for questioning the placement of another outside doormen in a full time position, which was not posted, and for which he was not considered and was told he did so in a threatening manner. He has been passed over for a full time position at least 5 times.

Mr. Brown has been written up for Mr. Dickson (who was relieving another doorman) letting someone up to an apartment without announcing the guest **before** Mr. Brown came on duty. Mr. Dickson, who allowed the unannounced guest, was not written up.

Mr. Terry was written up for false complaints by tenants, and has been directly harassed by Mr. Patterson for "poor posture".

Both Mr. Moon and Mr. Everett were passed over for the, recently filled, Doorman's position even though they were both active union members, employees in good standing and working at Plaza 440 as Doormen.

The entire Doorman staff listed, in this letter, has filed **individual** complaints over the last several months to the Illinois Department of Human Rights and the EEOC. This is a group action, but we feel we have been singled out because we have each spoken up individually on various occasions about the behavior both Ms. Klein and Mr. Patterson have displayed toward us as Doormen and residents they don't like. We are constantly being written up or threatened and intimidated with the loss of our jobs

We were told that we could no longer do work for tenants on the property, yet members of the janitorial staff, again employees we consider as favorites, are allowed to continue to do such work for pay. If the Doormen cannot earn extra income for odd jobs and the like, why is the Janitorial staff allowed to do so? I was told I could not help a resident move her belongings, **on my own time**, and for free.

We have reported misconduct on the part of other employees and in one particular case where a resident was called a Bitch in front of a Doorman by Chris Dickson, which I investigated as Lead Doorman and reported my findings to both

Cornell Buzgau, his immediate supervisor, and to management and no suspension or termination occurred. It is our collective opinion as Doorman, that he is treated as a one of the favorites, of which there are a few.

Mr. Patterson himself **cursed** an elderly resident and received no punishment. We were told that this type of behavior was grounds for immediate dismissal and yet no action of dismissal or suspension was taken. Considering the punishments received by my staff, I feel that had one of my Doormen treated a resident in that manner, he would have been immediately fired. I come to this conclusion based on the types of punishments we have been receiving for infractions I consider to be less threatening in nature as opposed to the lack of punishment received by these far more grievous actions and breech of the stated rules and code of conduct.

Finally, we respectfully request that both Ms. Klein and Mr. Patterson be removed from their management positions because it is painfully clear to us that they are incapable of acting in a fair and unbiased manner to **all** of the staff here at Plaza 440.

Thank you,

| James Smith, Lead Doorman | Robert Terry Doorman | Paul Brown Doorman | Perry Moon Doorman | Harvey Everett Doorman |

Attachments

Cc:  Nick Goletas
     Mike Fish
     Bill O'Leary
     Local 1, Union
     EEOC
     File