# ADMIRAL SECURITY SERVICES, INC.

## Plaza 440
### Condominium Association
### 440 N. Wabash

## GENERAL INSTRUCTIONS

Copyright June 1, 2007

**08 C 579**

**JUDGE LEFKOW**
**MAGISTRATE JUDGE NOLAN**

## WHERE ARE WE & WHO IS IN CHARGE?

This Building is called **Plaza 440**. Its address is **440 N. Wabash**.

When you answer the telephone, say **"Plaza 440, Good Morning/Afternoon/Evening, this is _____, may I help you?"**

The Building is a *Condominium*, which means that most Residents own their apartments or rent from someone else who owns the apartment. An Association of owners, through its Board of Directors, is responsible for running the Building. Board Members live in the Building.

Invsco Management manages the Building for the Association. We work for the Association and for Invsco, too.

We receive help and instructions from the **Building Manager, Edy Klein,** and from other people employed by Invsco.

Always follow the Manager's direct instructions, even if it is different from what is written here.

If you think you have been given improper instructions, do it first, then contact Admiral for further information.

