UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SMITH, ROBERT TERRY, PAUL BROWN, AND HARVEY EVERETT, | ) ) ) ) | |
| Plaintiffs, | ) ) | 08-C-0579 |
| -against- | ) ) ) | Judge Joan H. Lefkow |
| INVSCO GROUP, LTD., ADMIRAL SECURITY SERVICES, INC., AND EDY KLEIN, | ) ) ) ) | Magistrate Judge Nolan |
| Defendants. | ) ) ) | |

## NOTICE OF FILING

To:  Invsco Group, Ltd.            Admiral Security Services, Inc.
     c/o Ray Regner, Esq.          c/o Alan D. Kovitz
     1030 N. Clark Street, Suite 300   750 Lake Cook Road, Suite 350
     Chicago, Illinois 60610       Buffalo Grove, Illinois 60089

     Edy Klein
     440 N. Wabash
     Chicago, Illinois 60611

**PLEASE TAKE NOTICE** that on February 26, 2008 there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Plaintiffs' **First Amended Complaint**. A copy of this document, which is filed as of right, is submitted herewith and served upon you.

                                        Respectfully submitted,


                                        By: /s/ David Porter
                                              David Porter

DAVID PORTER, ESQ.
11 S. LaSalle Street - Suite 1000
Chicago, Illinois 60603
(312) 236-1207

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on February 26, 2008 he caused a copy of the foregoing **Notice of Filing** and the referenced **First Amended Complaint**, to be served by certified mail, R.R.R., on this day on the following:

| | |
|---|---|
| Invsco Group, Ltd. | Admiral Security Services, Inc. |
| c/o Ray Regner, Esq. | c/o Alan D. Kovitz |
| 1030 N. Clark Street, Suite 300 | 750 Lake Cook Road, Suite 350 |
| Chicago, Illinois 60610 | Buffalo Grove, Illinois 60089 |

            Edy Klein
            440 N. Wabash
            Chicago, Illinois 60611

                                        /s/ David Porter
                                        David Porter