UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SMITH, ROBERT TERRY, PAUL BROWN, AND HARVEY EVERETT, <br><br> Plaintiffs, <br><br> -against- <br><br> INVSCO GROUP, LTD., ADMIRAL SECURITY SERVICES, INC., AND EDY KLEIN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> 08-C-0579 <br><br> Judge Joan H. Lefkow <br> Magistrate Judge Nolan |

## NOTICE OF FILING

To:   Edy Klein
      440 N. Wabash
      Chicago, Illinois 60611

     **PLEASE TAKE NOTICE** that on March 4, 2008 there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, a Waiver of Service of Summons, executed by Edy Klein, one of the named Defendants herein. A copy of this document is submitted herewith and served upon you.

                                   Respectfully submitted,

                                   By: /s/ David Porter
                                       David Porter

DAVID PORTER, ESQ.
Attorney for Plaintiff
11 S. LaSalle Street
Suite 1000
Chicago, Illinois 60603
(312) 236-1207

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that on March 4, 2008 he caused a copy of the foregoing **Notice of Filing** of the attached Waiver of Service of Summons, with attachment, to be served on Defendant Edy Klein:

> Edy Klein
> 440 N. Wabash
> Chicago, Illinois 60611

by regular mail on this day.

                                                /s/ David Porter
                                                David Porter