## CERTIFICATE OF SERVICE

       I hereby certify that on March 10, 2008, I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Porter, Esq.
11 S. LaSalle Street, Suite 1000
Chicago, Illinois  60603
(312) 236.1207
Email: dporterlaw@ameritech.net
Attorney for Plaintiffs

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

       none

By:  /s/
       Bradford A. LeHew (6280452)
       Attorneys for Old Second National Bank
       LITCHFIELD CAVO LLP
       303 West Madison Street, Suite 300
       Chicago, Illinois  60606
       Phone:     (312) 781-6680(LeHew)
       Fax:   (312) 781-6630
       email: lehew@litchfieldcavo.com