UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SMITH, ROBERT TERRY, PAUL BROWN, AND HARVEY EVERETT, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | 08-C-0579 |
| -against- | ) ) ) | |
| | ) | Judge Joan H. Lefkow |
| INVSCO GROUP, LTD., ADMIRAL SECURITY SERVICES, INC., AND EDY KLEIN, | ) ) ) ) | Magistrate Judge Nolan |
| Defendants. | ) ) ) | |

## NOTICE OF FILING

To:   Carrie A. Durkin
      Litchfield Cavo LLP
      303 West Madison Street
      Suite 300
      Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on March 19, 2008 there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, a **Waiver of Service of Summons**, executed on behalf of Invsco, one of the named Defendants herein, by its President, Steven E. Gouletas. A copy of this document is submitted herewith and served upon you.

                                        Respectfully submitted,


                                        By: /s/ David Porter
                                            David Porter

DAVID PORTER, ESQ.
Attorney for Plaintiff
11 S. LaSalle Street
Suite 1000
Chicago, Illinois 60603
(312) 236-1207

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on March 19, 2008 he caused a copy of the foregoing **Notice of Filing** of the attached Waiver of Service of Summons, with attachment, to be served on Defendant Edy Klein's attorney:

                Carrie A. Durkin
                Litchfield Cavo LLP
                303 West Madison Street
                Suite 300
                Chicago, Illinois 60606

by electronic service on this day.

                              /s/ David Porter
                              David Porter