CERTIFICATE OF SERVICE

       I hereby certify that on April 8, 2008, I electronically filed the foregoing Appearance of Carrie A. Durkin with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>David Porter, Esq.
>11 South LaSalle
>Suite 1000
>Chicago, Illinois  60603
>(312) 236-1207

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

>none

>By:   /s/Carrie A. Durkin
>Carrie A. Durkin (3123299)
>Attorney for Defendant Edy Klein
>LITCHFIELD CAVO LLP
>303 West Madison Street, Suite 300
>Chicago, Illinois  60606
>Phone:  (312) 781-661 (Durkin
>Fax:     (312) 781-6630
>email:   durkin@litchfieldcavo.com