# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

James T Smith, et al.

                    Plaintiff,

v.                                                Case No.: 1:08−cv−00579
                                                Honorable Joan H. Lefkow

Invsco Group, Ltd., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 4/17/2008 and continued to 5/27/2008 at 09:30 AM. Plaintiff's oral motion for leave to file amended complaint by 5/1/2008 is granted. Defendant to answer or otherwise plead by 5/21/2008.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.