# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08-C-579

JAMES T. SMITH, ROBERT TERRY, PAUL BROWN,
AND HARVEY EVERETT,

                              Plaintiff,

v.

INVSCO GROUP, LTD., ADMIRAL SECURITY SERVICES,
INC., AND EDY KLEIN,

                              Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Admiral Security Services, Inc.

| |
|---|
| NAME: (Type or Print) <br> Robert H. Brown |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/Robert H. Brown |
| FIRM: Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. |

| | |
|---|---|
| STREET ADDRESS: 515 North State Street, Suite 2800 | Email: rbrown@lanermuchin.com |
| CITY/STATE/ZIP: Chicago, Illinois 60610 | |

| | |
|---|---|
| ID NUMBER: 00319120 | TELEPHONE NUMBER: 312/467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐            APPOINTED COUNSEL ☐ | |