UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SMITH, ROBERT TERRY, PAUL BROWN, AND HARVEY EVERETT,<br><br>     Plaintiffs,<br><br>-against-<br><br>INVSCO GROUP, LTD., ADMIRAL SECURITY SERVICES, INC., AND EDY KLEIN,<br><br>     Defendants. | 08-C-0579<br><br>Judge Joan H. Lefkow<br>Magistrate Judge Nolan |

## NOTICE OF FILING

To:   Bradford Lehew, Esq.          Robert H. Brown, Esq.
      Litchfield Cavo LLP            Laner Muchin Dombrow Becker
      303 West Madison Street           Levin and Tominberg, Ltd.
      Suite 300                       515 North State Street - Suite 2800
      Chicago, Illinois 60606         Chicago, Illinois 60610

**PLEASE TAKE NOTICE** that on April 24, 2008 there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, a **Waiver of Service of Summons**, executed on behalf of Admiral Security Services, Inc., one of the named Defendants herein, by Robert H. Brown, an attorney for said defendant. A copy of this document is submitted herewith and served upon you.

                                        Respectfully submitted,


                                        By: /s/ David Porter
                                            David Porter

DAVID PORTER, ESQ.
Attorney for Plaintiff
11 S. LaSalle Street
Suite 1000
Chicago, Illinois 60603
(312) 236-1207

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that on April 24, 2008 he caused a copy of the foregoing **Notice of Filing** of the attached Waiver of Service of Summons, with attachment, to be served on the following:

| | |
|---|---|
| Bradford Lehew, Esq. | Robert H. Brown, Esq. |
| Litchfield Cavo LLP | Laner Muchin Dombrow Becker |
| 303 West Madison Street |  Levin and Tominberg, Ltd. |
| Suite 300 | 515 North State Street  -  Suite 2800 |
| Chicago, Illinois 60606 | Chicago, Illinois 60610 |

by electronic service on this day.

              /s/ David Porter
              David Porter