UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SMITH, ROBERT TERRY, PAUL BROWN, AND HARVEY EVERETT, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -against- | ) ) ) | 08-C-0579 |
| | ) | Judge Joan H. Lefkow |
| INVSCO GROUP, LTD., PLAZA 440 PRIVATE RESIDENCES CONDOMINIUM ASSOCIATION, ADMIRAL SECURITY SERVICES, INC., AND EDY KLEIN, | ) ) ) ) ) | Magistrate Judge Nolan |
| Defendants. | ) ) | |

**NOTICE OF FILING**

To:  Kristina Ash, Esq.            Bradford Lehew, Esq.         Robert H. Brown, Esq.
     The Patterson Law Firm        Litchfield Cavo LLP           Laner Muchin Dombrow Becker
     33 N. LaSalle Street          303 West Madison Street          Levin and Tominberg, Ltd.
     Suite 3350                    Suite 300                     515 North State Street
     Chicago, Illinois 60602       Chicago, Illinois 60606       Suite 2800
                                                                 Chicago, Illinois 60610

**PLEASE TAKE NOTICE** that on April 30, 2008 there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Plaintiffs' **Second Amended Complaint**. A copy of this document, which is filed with leave of the Court, is submitted herewith and served upon you.

Respectfully submitted,

By: /s/ David Porter
    David Porter

DAVID PORTER, ESQ.
11 S. LaSalle Street  -  Suite 1000
Chicago, Illinois 60603
(312) 236-1207

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on April 30, 2008 he caused a copy of the foregoing **Notice of Filing** and the referenced **Second Amended Complaint**, to be served on this day on the following:

| Kristina Ash, Esq. | Bradford Lehew, Esq. | Robert H. Brown, Esq. |
| --- | --- | --- |
| The Patterson Law Firm | Litchfield Cavo LLP | Laner Muchin Dombrow Becker |
| 33 N. LaSalle Street | 303 West Madison Street | Levin and Tominberg, Ltd. |
| Suite 3350 | Suite 300 | 515 North State Street |
| Chicago, Illinois 60602 | Chicago, Illinois 60606 | Suite 2800 |
| | | Chicago, Illinois 60610 |

by electronic service on this day (as to Bradford Lehew and Robert H. Brown) and by regular mail and e-mail (as to Kristina Ash).

                                                             /s/ David Porter  
                                                             David Porter