UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SMITH, ROBERT TERRY, PAUL BROWN, AND HARVEY EVERETT, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -against- | ) ) ) | 08-C-0579 |
| | ) | Judge Joan H. Lefkow |
| INVSCO GROUP, LTD., PLAZA 440 PRIVATE RESIDENCES CONDOMINIUM ASSOCIATION, ADMIRAL SECURITY SERVICES, INC., AND EDY KLEIN, | ) ) ) ) ) | Magistrate Judge Nolan |
| Defendants. | ) ) | |

## NOTICE OF FILING

To:  Kristina Ash, Esq.               Bradford Lehew, Esq.           Robert H. Brown, Esq.
     The Patterson Law Firm           Litchfield Cavo LLP             Laner Muchin Dombrow Becker
     33 N. LaSalle Street             303 West Madison Street           Levin and Tominberg, Ltd.
     Suite 3350                       Suite 300                       515 North State Street
     Chicago, Illinois 60602          Chicago, Illinois 60606         Suite 2800
                                                                      Chicago, Illinois 60610

**PLEASE TAKE NOTICE** that on May 16, 2008 there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, a **Waiver of Service of Summons**, executed by Bradford LeHew, attorney for Defendant Plaza 440 Private Residences Condominium Association. A copy of this document is submitted herewith and served upon you.

                                                    Respectfully submitted,


                                                    By: /s/ David Porter
                                                         David Porter

DAVID PORTER, ESQ.
Attorney for the Plaintiffs
11 S. LaSalle Street  -  Suite 1000
Chicago, Illinois 60603
(312) 236-1207

### CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on May 16, 2008 he caused a copy of the foregoing **Notice of Filing** and the referenced **Waiver of Service of Summons**, to be served on this day on the following:

| | | |
|---|---|---|
| Kristina Ash, Esq. | Bradford Lehew, Esq. | Robert H. Brown, Esq. |
| The Patterson Law Firm | Litchfield Cavo LLP | Laner Muchin Dombrow Becker |
| 33 N. LaSalle Street | 303 West Madison Street |    Levin and Tominberg, Ltd. |
| Suite 3350 | Suite 300 | 515 North State Street |
| Chicago, Illinois 60602 | Chicago, Illinois 60606 | Suite 2800 |
| | | Chicago, Illinois 60610 |

by electronic service on this day.

                                                              /s/ David Porter  
                                                              David Porter