<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on May 16, 2008, I electronically filed the foregoing Appearance of Bradford A. LeHew with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      David Porter, Esq.
      11 South LaSalle
      Suite 1000
      Chicago, Illinois  60603
      (312) 236-1207

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

      none

By:   /s/Bradford A. LeHew
      Bradford A. LeHew (6280452)
      Attorney for Defendant Plaza 440
      LITCHFIELD CAVO LLP
      303 West Madison Street, Suite 300
      Chicago, Illinois  60606
      Phone:  (312) 781-661 (Durkin
      Fax:     (312) 781-6630
      email:   durkin@litchfieldcavo.com