<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on May 16, 2008, I electronically filed the foregoing Appearance of Carrie A. Durkin with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

       David Porter, Esq.
       11 South LaSalle
       Suite 1000
       Chicago, Illinois  60603
       (312) 236-1207

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

       none

By:   /s/Carrie A. Durkin
       Carrie A. Durkin (3123299)
       Attorney for Defendant Plaza 440
       LITCHFIELD CAVO LLP
       303 West Madison Street, Suite 300
       Chicago, Illinois  60606
       Phone:  (312) 781-661 (Durkin
       Fax:     (312) 781-6630
       email:   durkin@litchfieldcavo.com