| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#07W0606-04 | **AGENCY**<br>☒ IDHR<br>☐ EEOC | **CHARGE NUMBER**<br>2007CF3210 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME (indicate Mr. Ms. Mrs.)<br>Mr. Robert Terry | | HOME TELEPHONE (include area code)<br>(773) 276-8061 |
|---|---|---|
| STREET ADDRESS<br>4448 West Thomas Street; Apt, #1 | CITY, STATE AND ZIP CODE<br>Chicago, IL. 60651 | DATE OF BIRTH<br>07/19/71 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>American Invsco Group | NUMBER OF EMPLOYEES,<br>MEMBERS 15+ | TELEPHONE (Include area code)<br>(312) 595-4740 |
|---|---|---|
| STREET ADDRESS<br>1212 N. LaSalle Street | CITY, STATE AND ZIP CODE<br>Chicago, IL. 60610 | COUNTY<br>Cook (031) |

| CAUSE OF DISCRIMINATION BASED ON:<br>Race | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)   LATEST (ALL)<br>10/24/06   to   06/05/07<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I.   A.   **ISSUE/BASIS**

HARASSMENT, BEGINNING ON OR ABOUT OCTOBER 24, 2006 AND CONTINUI THROUGH JUNE 5, 2006, BECAUSE OF MY RACE, BLACK.

B.   **PRIMA FACIE ALLEGATIONS**

1. My race is black.

2. I have satisfactorily performed my duties as a Doorman for Respondent at their 440 North Wabash Street location, and have been employed with Respondent since October 7, 1997.

(Continued)

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME THIS 6th DAY OF June, 2007<br><br>_Jacquelyn Turner Hamb_<br>NOTARY SIGNATURE |
|---|---|
| "OFFICIAL SEAL"<br>JACQUELYN TURNER HAMB<br>Notary Public, State of Illinois<br>My Commission Expires 9/21/09<br>NOTARY SEAL | X _Robert Terry_   6-6-07<br>SIGNATURE OF COMPLAINANT   DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

DEFENDANT'S EXHIBIT A

Complainant:      Robert Terry
Charge Number:    2007CF3210
Page 2

3. Beginning on or about October 24, 2006 and continuing through June 5, 2007, I have been harassed in Respondent's workplace by Edy Klein (white), Respondent's Property Manager at their 440 North Wabash Street location. During this period of time, Klein has verbally harassed me by accusing me of having sexually harassed clients of the facility; by accusing me of failing to perform my duties in a satisfactory manner; by accusing me of failing to inform certain 440 North Wabash residents about the amount of their lockout fees. No documentation has been received from Klein which validates her reason for the verbally harassing activities which she has presented me with. During this period of time, I have not engaged in any acts of willful misconduct which validates Respondent's reason for their verbally harassing activities.

4. I believe that there have been other, similarly situated, non-black doormen, such as Joe Colletti and others, that have levels of seniority and work performance which is similar to mine, but they are not being verbally harassed in Respondent's workplace by Klein as I have been.

ACF/JJT/RCG