STATE OF ILLINOIS
HUMAN RIGHTS COMMISSION

RECEIVED
SEP 0 7 2007
HUMAN RIGHTS COMMISSION
HD USPS FX MM IO

IN THE MATTER OF:

Robert Terry,
COMPLAINANT                              )
                                         )
                                         )
                                         )
AND                                      ) IDHR CHARGE NO.: 2007CF3210
                                         ) EEOC CHARGE NO.: 21BA71794
                                         )
                                         )
                                         )
                                         )
American Invsco Group,                   )
RESPONDENT                               )
                                         )
                                         )

## TERMS OF SETTLEMENT AND AGREEMENT

Pursuant to terms of settlement agreed to between Robert Terry, the Complainant herein, and American Invsco Group, the Respondent herein, this charge having been settled in accordance with sections 7A-103 and 8-105 of the Human Rights Act ("Act") and the Rules and Regulations of the Department of Human Rights, it is hereby agreed as follows:

(1)     That it is understood by all parties that this agreement in no way constitutes an admission by the Respondent of any violation of the Act, but rather is entered into voluntarily by the Respondent to reaffirm Respondent's compliance with the policy of the Act;

(2)     That Respondent shall continue to refrain from committing any act of discrimination against any person on the bases of race, color, religion, sex, sexual orientation, national origin, ancestry, physical or mental handicap, unfavorable military discharge, age, marital status, military status.



DEFENDANT'S EXHIBIT B

## TERMS OF SETTLEMENT
Page Two

IN THE MATTER OF:
Robert Terry v. American Invsco Group
IDHR CHARGE NO.: 2007CF3210
EEOC CHARGE NO.: 21BA71794

(3) That in settlement of this matter, and in full satisfaction of any claims which Complainant has or may have arising out of the subject matter of this dispute, Respondent agrees to a letter of apology, written by Tom Patterson, to resolve this charge. Respondent will send the letter to the Complainant at 4448 West Thomas Street, Apt. # 1, Chicago, Illinois 60651. See exhibit A.

(4) That in consideration of this agreement, Complainant hereby releases said Respondent from all claims or actions arising out of the subject matter of this dispute. Furthermore, if Complainant has filed a charge comprising the same or similar subject matter with the Equal Employment Opportunity Commission, the Complainant agrees not to institute a lawsuit under either Title VII of the Civil Rights Act of 1964, as amended; or under the Age Discrimination in Employment Act of 1967, as amended, (or both, as applicable); and the Americans with Disabilities Act (ADA). This agreement also settles EEOC No.: 21BA71794.

TERMS OF SETTLEMENT
Page Three

IN THE MATTER OF:
Robert Terry v. American Invsco Group
IDHR CHARGE NO.: 2007CF3210
EEOC CHARGE NO.: 21BA71794

(5) Complainant and Respondent will have (7)) seven consecutive calendar days from the signing of this resolution to revoke this agreement and must notify the Illinois Department of Human Rights by August 15, 2007, if they wish to do so.

(6) That these terms of settlement, subscribed to by all parties, once approved by the Department of Human Rights, shall then be filed with the Human Rights Commission; if approved, the Commission shall enter an Order dismissing the charge pursuant to these terms of settlement.

(7) That this case will not be closed, unless and until, within thirty (30) days after entry of the Commission's Order, Respondent notifies the Department of Human Rights in writing as to compliance with the terms of the settlement and the method thereof. This notification shall be sent to the Case Disposition Unit, Charge Processing Division, Department of Human Rights, Suite 10-100, 100 West Randolph Street, Chicago, Illinois 60601.

BY: _____   DATED: 8-10-07
COMPLAINANT,
Robert Terry

BY: _____   DATED: 8/10/07
RESPONDENT,
American Invsco Group
BY: Thomas E Patterson            Attorney
Representative for Respondent (print name)   Title

I recommend approval of these Terms and Settlement and Agreement.
BY: _____
DEPARTMENT OF HUMAN RIGHTS

August 16, 2007

Dear Mr Terry:

This will confirm that we have not accused you of sexual harassment, that we do not intend on ever accusing you of sexual harassment, and that we do not NOW believe that you have been guilty of sexual harassment based on we believe anything you have done from the beginning of the world to the present date.

We regret any implication that you have felt to the contrary. You are free to circulate this letter to whomever in any way you desire. A copy will be placed in your file.

Very

Exhibit C