| | | THE |
|---|---|---|
| Thomas E. Patterson<br>312-223-1699 x 203<br>312-223-8549 Fax<br>tep@pattersonlawfirm.com | 33 North LaSalle Street<br>Suite 3350<br>Chicago, Illinois 60602<br><br>www.pattersonlawfirm.com | PATTERSON<br>LAW<br>FIRM, PC |

August 16, 2007

Mr. Robert Terry
4448 West Thomas Street
Apt. #1
Chicago, IL 60651

Re:   Robert Terry v. American Invsco Group
      Charge No.:   2007CF3210
      EEOC No.:    21BA71794

Dear Mr. Terry:

This will confirm that we have not accused you of sexual harassment, that we do not intend on ever accusing you of sexual harassment, and that we do not now believe that you have been guilty of sexual harassment based on anything we believe you have done from the beginning of the world to the present date.

We regret any implication that you have felt to the contrary. You are free to circulate this letter or to refer to it in any way you desire. A copy will be placed in your file.

Very truly yours,

Thomas E. Patterson

TEP/am


DEFENDANT'S EXHIBIT C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert Terry
4448 W. Thomas Street
apt #1
Chicago, IL 60651

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0000 9122 9930

PS Form 3811, August 2001  Domestic Return Receipt  2ACPRI-03-Z-0985

**THE PATTERSON LAW FIRM, PC**

33 North LaSalle Street
Suite 3350
Chicago, Illinois 60602

7004 2510 0000 9122 9930

Mr. Robert Terry
4448 West Thomas Street
Apt. #1
Chicago, Illin[ois]

Return Receip[t]

NIXIE      606    DE 1         00   09/2...

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 606023399425    *2842-01940-...

1st NOTICE
2nd NOTICE