STATE OF ILLINOIS
HUMAN RIGHTS COMMISSION

IN THE MATTER OF: )
)
ROBERT TERRY, )
)
    Complainant, )   Charge No.  2007CF3210
)   EEOC No.    21BA71794
and )   ALS No.     07-718
)
AMERICAN INVSCO GROUP, )
)
    Respondent. )

ORDER

    This matter coming before the Commission pursuant to the *Terms of Settlement and Agreement* submitted by the Department of Human Rights and its request for our review of that settlement.

IT IS HEREBY ORDERED THAT:

    19) The attached Terms of Settlement and Agreement is approved and incorporated into this order;
    20) The above-captioned matter is dismissed; and
    21) The Commission will retain jurisdiction for purposes of enforcement of the Terms of Settlement and Agreement.

STATE OF ILLINOIS    )
                           )   Entered this 26th day of September 2007.
HUMAN RIGHTS COMMISSION  )

Commissioner Munir Muhammad



Commissioner Gregory G. Simoncini



DEFENDANT'S EXHIBIT D

| | |
|---|---|
| STATE OF ILLINOIS  ) | |
| )SS | |
| COUNTY OF COOK  ) | |

ALS NO(S): 07-718
CHARGE NO(S): 2007CF3210
EEOC NO(S): 21BA71794
CASE NAME(S): TERRY v. AMERICAN INVSCO GROUP

### AFFIDAVIT OF SERVICE

**Christine Welninski**, being first duly sworn, on oath states that on **September 26, 2007**, she served a copy of the attached **ORDER** on each person named below by depositing the same in the **U.S. Mail Box** at **100 W. Randolph Street, Chicago, Illinois 60601**, properly posted for **First Class Mail**, addressed as follows:

Mr. Robert Terry
4448 West Thomas Street, Apartment #1
Chicago, IL 60651

Tom Patterson
Kristina Ash
Kimberly Sprowal
The Patterson Law Firm P.C.
33 North LaSalle Street, Suite 3350
Chicago, IL 60602

**Inter-Office Delivery to:**

Case Disposition Unit
Department of Human Rights
100 West Randolph Street
Suite 10-100
Chicago, IL 60601

Subscribed and sworn to

before me on September 26, 2007.

_____
NOTARY PUBLIC

OFFICIAL SEAL
GRACIELA DELGADO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/13/07

_____
Signature