**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| JAMES T. SMITH, ROBERT TERRY, PAUL BROWN and HARVEY EVERETT, )<br>)<br>) | 08-C-0579 |
| Plaintiffs, ) | |
| ) | Judge Joan H. Lefkow |
| v. ) | |
| ) | Magistrate Judge Nolan |
| INVSCO GROUP, LTD., PLAZA 440 PRIVATE RESIDENCES CONDOMINIUM ASSOCIATION, ADMIRAL SECURITY SERVICES, INC. and EDY KLEIN, )<br>)<br>)<br>)<br>) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:  Bradford Lehew, Esq.         Robert H. Brown, Esq.         David Porter, Esq.
     Litchfield Cavo LLP          Laner Muchin Dombrow          11 S. LaSalle Street
     303 West Madison Street       Becker Levin and             Suite 1000
     Suite 300                     and Tominberg, Ltd.          Chicago, Illinois 60603
     Chicago, Illinois 60606      515 North State Street
                                   Suite 2800
                                   Chicago, Illinois 60610

    Please take notice that on May 27, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan H. Lefkow, in courtroom 1925 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn St., Chicago, IL 60604, and then and there present the previously served Defendant Invsco Group, Ltd.'s Motion to Dismiss Plaintiff Terry's Claims Pursuant to FRCP 12(b)(6) and 12(b)(3) and Motion for a More Definite Statement Pursuant to FRCP 12(e), a copy of which was previously served upon you.

Respectfully submitted,

/s/ Kristi Browne

Dated:   May 21, 2008

The Patterson Law Firm P.C.
Kristi Browne
(6195553)
33 North LaSalle Street
Suite 3350
Chicago, Illinois 60602
Tel. 312-223-1699
Fax. 312-223-8549

Attorneys for Defendant Invsco Group, Ltd.

## CERTIFICATE OF SERVICE

     The undersigned, an attorney, on oath certifies that on May 20, 2008, she electronically filed Defendant Invsco Group, Ltd.'s Motion to Dismiss Plaintiff Terry's Claims Pursuant to FRCP 12(b)(6) and 12(b)(3) and Motion for a More Definite Statement Pursuant to FRCP 12(e) with the Clerk of the Court using the CM/ECF system.

[X]    Under penalties as provided by law pursuant to 28 U.S.C. 1746, the undersigned certifies that the statements set forth herein are true and correct or on information and belief, certified that she verily believes the same to be true.

/s/ Kristi Browne

Dated:   May 21, 2007

The Patterson Law Firm P.C.
Kristi Browne
(6195553)
33 North LaSalle Street
Suite 3350
Chicago, Illinois 60602
Tel. 312-223-1699
Fax. 312-223-8549

Attorneys for Defendant Invsco Group, Ltd.