UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| James T. Smith, Robert Terry, Paul Brown, and Harvey Everett, ) ) ) | |
| Plaintiffs, ) ) | 08 C 0579 |
| v. ) ) | Judge Joan H. Lefkow |
| Invsco Group, Ltd.; Plaza 440 Private Residences Condominium Association; Admiral Security Services, Inc.; and Edy Klein, ) ) ) ) ) ) | Magistrate Judge Nan R. Nolan |
| Defendants. ) | |

**DEFENDANT PLAZA 440 PRIVATE RESIDENCES CONDOMINIUM ASSOCIATION'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant Plaza 440 Private Residences Condominium Association ("Plaza 440"), by and through its attorneys, Litchfield Cavo, LLP, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states that there are no parent corporations of Plaza 440. There is no public company ownership of any kind.

Respectfully Submitted,

Plaza 440 Private Residences Condominium Association

_____s/ Bradford A. LeHew_____
One of Its Attorneys

Carrie A. Durkin (3123299)
Bradford A. LeHew (6280452)
Litchfield Cavo, LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
312-781-6610 (Durkin)
312-781-6680 (LeHew)
312-781-6630 (Fax)
durkin@litchfieldcavo.com
lehew@litchfieldcavo.com

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2008, I electronically filed the foregoing **DEFENDANT PLAZA 440 PRIVATE RESIDENCES CONDOMINIUM ASSOCIATION'S RULE 7.1 DISCLOSURE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

By: ___s/ Bradford A. LeHew___

Carrie A. Durkin (3123299)
Bradford A. LeHew (6280452)
Litchfield Cavo, LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
312-781-6610 (Durkin)
312-781-6680 (LeHew)
312-781-6630 (Fax)
durkin@litchfieldcavo.com
lehew@litchfieldcavo.com