UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SMITH, ROBERT TERRY, PAUL BROWN and HARVEY EVERETT, <br><br> Plaintiffs, <br><br> v. <br><br> INVSCO GROUP, LTD., PLAZA 440 PRIVATE RESIDENCES CONDOMINIUM ASSOCIATION, ADMIRAL SECURITY SERVICES, INC. and EDY KLEIN, <br><br> Defendants. | 08-C-0579 <br><br> Judge Joan H. Lefkow <br><br> Magistrate Judge Nolan |

**DEFENDANT INVSCO GROUP, LTD.'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant Invsco Group, Ltd., by and through its attorneys, The Patterson Law Firm, PC, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states as follows:

Ambelos Corporation owns 100% of its stock. There is no public company ownership of any kind.

Respectfully Submitted,

May 22, 2008       By:   /s/ Kristi L. Browne
                                 Kristi L. Browne

Thomas E. Patterson (3128587)
Kristi L. Browne (6195553)
Attorneys for Defendant Invsco
 Group, Ltd.
The Patterson Law Firm, P.C.
33 N. LaSalle, Suite 3350
Chicago, Illinois 60602
(312) 223-1699

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, on oath certifies that on May 22, 2008, she electronically filed Defendant Invsco Group, Ltd.'s Rule 7.1 Disclosure Statement with the Clerk of the Court using the CM/ECF system.

[X]    Under penalties as provided by law pursuant to 28 U.S.C. 1746, the undersigned certifies that the statements set forth herein are true and correct or on information and belief, certified that she verily believes the same to be true.

                                            /s/ Kristi Browne

Dated:   May 22, 2008

The Patterson Law Firm P.C.
Kristi Browne
(6195553)
33 North LaSalle Street
Suite 3350
Chicago, Illinois 60602
Tel. 312-223-1699
Fax. 312-223-8549

Attorneys for Defendant Invsco Group, Ltd.