EEOC Form 161 (3/98)    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Robert Terry<br>4448 W. Thomas<br>Chicago, IL 60651 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

CERTIFIED MAIL 7099 3400 0018 8815 6896

[ ]  On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2008-02854 | Kathleen Leaver,<br>Investigator | (312) 353-8766 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- **NOTICE OF SUIT RIGHTS** -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

John P. Rowe        2/21/08
John P. Rowe,           (Date Mailed)
District Director

Enclosures(s)

cc:    AMERICAN INVSCO GROUP

# Amended CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGE | CHARGE NUMBER |
|---|---|
| [ ] FEPA | 440-2008-02854 |
| [xx] EEOC | |

Illinois Department of Human Rights — and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.): Mr. Robert Terry
**HOME TELEPHONE** (Include Area Code): (773) 276-8061
**STREET ADDRESS**: 4448 W. Thomas
**CITY, STATE AND ZIP CODE**: Chicago, Illinois 60651
**DATE OF BIRTH**: 7-19-1971

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Admiral Security, Inc.
**NUMBER OF EMPLOYEES, MEMBERS**: 500 or More
**TELEPHONE** (Include Area Code): (847) 588-0888
**STREET ADDRESS**: 5940 W. Touhy Avenue
**CITY, STATE AND ZIP CODE**: Niles, Illinois 60714
**COUNTY**: Cook

**NAME**: American Invsco Group
**TELEPHONE NUMBER** (Include Area Code): (312) 595-4740
**STREET ADDRESS**: 1212 North LaSalle
**CITY, STATE AND ZIP CODE**: Chicago, Illinois 60610
**COUNTY**: Cook

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):

- [xx] RACE
- [ ] COLOR
- [ ] SEX
- [ ] RELIGION
- [ ] AGE
- [xx] RETALIATION
- [ ] NATIONAL ORIGIN
- [ ] DISABILITY
- [ ] OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA): 5-1-2007
LATEST (ALL): 1-16-2008
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

After Respondents became aware that I was participating in a protected activity, Respondents commenced making false allegations against me, and repeatedly issuing me unwarranted and exaggerated written warnings and suspensions (and subjecting me to much more harassment and disparate treatment), with their ultimately discharging me from my employment on January 16, 2008.

I believe I have been discriminated against and harassed because of my race, Black, and in retaliation for participating in protected activities (both internal and external), in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
FEB 12 2008
CHICAGO DISTRICT OFC

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary to meet State and Local Requirements)

I declare under penalty of perjury that the foregoing is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

Date: Feb. 12, 2008   *Robert Terry* — Charging Party (Signature)

EEOC FORM 5 (Test 10/94)