

# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | INVSCO GROUP, LTD. | File Number | 56426469 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 06/12/1991 | State | ILLINOIS |
| Agent Name | RAY REGNER, ESQ | Agent Change Date | 06/05/2007 |
| Agent Street Address | 1030 N CLARK STREET SUITE 300 | President Name & Address | STEVEN E GOULETAS 1212 NORTH LASALLE STE 110 CHICAGO 60610 |
| Agent City | CHICAGO | Secretary Name & Address | ANTHONY R DIBENEDETTO 136 COLONY DR BARRINGTON 60010 |
| Agent Zip | 60610 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 06/05/2007 | For Year | 2007 |
| Old Corp Name | 05/12/1992 - INVSCO CONDOMINIUM DEVELOPMENT GROUP, LTD. | | |

Return to the Search Screen

Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



# LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | AMERICAN INVSCO GROUP, LLC | File Number | 00468835 |
| Status | INVOLUNTARY DISSOLUTION | On | 03/30/2002 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 10/11/2000 | Jurisdiction | IL |
| Agent Name | STEVEN E. GOULETAS | Agent Change Date | 10/11/2000 |
| Agent Street Address | 505 N LAKE SHORE DR STE 214 | Principal Office | 505 N LAKE SHORE DR STE 214 CHICAGO 60611 |
| Agent City | CHICAGO | Management Type | MGR |
| Agent Zip | 60611 | Dissolution Date | 12/31/2025 |
| Annual Report Filing Date | 00/00/0000 | For Year | 2001 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE