UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JAMES T. SMITH, ROBERT TERRY, PAUL BROWN, AND HARVEY EVERETT,**    )<br>)<br>)<br>)<br>             Plaintiffs,    )<br>)<br>   -against-    )<br>)<br>)<br>**INVSCO GROUP, LTD., PLAZA 440 PRIVATE RESIDENCES CONDOMINIUM ASSOCIATION, ADMIRAL SECURITY SERVICES, INC., AND EDY KLEIN,**    )<br>)<br>)<br>)<br>)<br>             Defendants.    )<br>) | 08-C-0579<br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Nolan |

### NOTICE OF FILING

To:  Kristina Ash, Esq.           Bradford Lehew, Esq.         Robert H. Brown, Esq.
     The Patterson Law Firm       Litchfield Cavo LLP          Laner Muchin Dombrow Becker
     33 N. LaSalle Street         303 West Madison Street         Levin and Tominberg, Ltd.
     Suite 3350                   Suite 300                    515 North State Street
     Chicago, Illinois 60602      Chicago, Illinois 60606      Suite 2800
                                                               Chicago, Illinois 60610

**PLEASE TAKE NOTICE** that on May 28, 2008 there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **Plaintiff Robert Terry's Response in Opposition to Defendant Invsco's Motion to Dismiss**.  A copy of these papers are submitted herewith and served upon you.

                                            Respectfully submitted,


                                            By: /s/ David Porter
                                                   David Porter

DAVID PORTER, ESQ.
Attorney for the Plaintiffs
11 S. LaSalle Street  -  Suite 1000
Chicago, Illinois 60603
(312) 236-1207

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on May 28, 2008 he caused a copy of the foregoing **Plaintiff Robert Terry's Response in Opposition to Defendant Invsco's Motion to Dismiss**, to be served on this day on the following:

| | | |
|---|---|---|
| Kristina Ash, Esq. | Bradford Lehew, Esq. | Robert H. Brown, Esq. |
| The Patterson Law Firm | Litchfield Cavo LLP | Laner Muchin Dombrow Becker |
| 33 N. LaSalle Street | 303 West Madison Street | Levin and Tominberg, Ltd. |
| Suite 3350 | Suite 300 | 515 North State Street |
| Chicago, Illinois 60602 | Chicago, Illinois 60606 | Suite 2800 |
| | | Chicago, Illinois 60610 |

by electronic service on this day.

/s/ David Porter
David Porter