# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 579 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Smith vs. Invsco Group, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/24/2008 at 9:30 a.m. for scheduling conference. Motion hearing held. Defendant's motion for a more definite statement [24] is denied. Defendant is to answer or otherwise plead by 6/10/2008. Response to defendant's motion to dismiss plaintiff Terry's claims [23] is due by 5/28/2008; reply is due by 6/4/2008.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | MD |
|---|---|---|