**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES T. SMITH, ROBERT TERRY, PAUL BROWN and HARVEY EVERETT, ) ) ) ) | 08-C-0579 |
| Plaintiffs, ) ) | |
| ) | Judge Joan H. Lefkow |
| v. ) ) | Magistrate Judge Nolan |
| INVSCO GROUP, LTD., PLAZA 440 PRIVATE RESIDENCES CONDOMINIUM ASSOCIATION, ADMIRAL SECURITY SERVICES, INC. and EDY KLEIN, ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF FILING

| To: | Bradford Lehew, Esq. | Robert H. Brown, Esq. | David Porter, Esq. |
|---|---|---|---|
| | Litchfield Cavo LLP | Laner Muchin Dombrow | 11 S. LaSalle Street |
| | 303 West Madison Street | Becker Levin and | Suite 1000 |
| | Suite 300 | and Tominberg, Ltd. | Chicago, Illinois 60603 |
| | Chicago, Illinois 60606 | 515 North State Street | |
| | | Suite 2800 | |
| | | Chicago, Illinois 60610 | |

Please take notice that on June 4, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Defendant Invsco Group, Ltd.'s Reply in Support of Motion to Dismiss Plaintiff Terry's Claims Pursuant to FRCP 12(b)(6) and 12(b)(1), a copy of which is hereby served upon you.

Respectfully submitted,

/s/ Kristi Browne

Dated:   June 4, 2008

The Patterson Law Firm P.C.
Kristi Browne
(6195553)
33 North LaSalle Street
Suite 3350
Chicago, Illinois 60602
Tel. 312-223-1699
Fax. 312-223-8549

Attorneys for Defendant Invsco Group, Ltd.

## CERTIFICATE OF SERVICE

       The undersigned, an attorney, on oath certifies that on June 4, 2008, she electronically filed Defendant Invsco Group, Ltd.'s Reply in Support of Motion to Dismiss Plaintiff Terry's Claims Pursuant to FRCP 12(b)(6) and 12(b)(1) with the Clerk of the Court using the CM/ECF system.

[X]    Under penalties as provided by law pursuant to 28 U.S.C. 1746, the undersigned certifies that the statements set forth herein are true and correct or on information and belief, certified that she verily believes the same to be true.

                                            /s/ Kristi Browne

Dated:   June 4, 2008

                                            The Patterson Law Firm P.C.
Kristi Browne
(6195553)
33 North LaSalle Street
Suite 3350
Chicago, Illinois 60602
Tel. 312-223-1699
Fax. 312-223-8549

Attorneys for Defendant Invsco Group, Ltd.