UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SMITH, ROBERT TERRY, PAUL BROWN and HARVEY EVERETT,<br><br>Plaintiffs,<br><br>v.<br><br>INVSCO GROUP, LTD., PLAZA 440 PRIVATE RESIDENCES CONDOMINIUM ASSOCIATION, ADMIRAL SECURITY SERVICES, INC. and EDY KLEIN,<br><br>Defendants. | 08-C-0579<br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Nolan |

## NOTICE OF FILING

To:  Bradford Lehew, Esq.
     Litchfield Cavo LLP
     303 West Madison Street
     Suite 300
     Chicago, Illinois 60606

     Robert H. Brown, Esq.
     Laner Muchin Dombrow
       Becker Levin and
       and Tominberg, Ltd.
     515 North State Street
     Suite 2800
     Chicago, Illinois 60610

     David Porter, Esq.
     11 S. LaSalle Street
     Suite 1000
     Chicago, Illinois 60603

Please take notice that on June 10, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Defendant Invsco Group, Ltd.'s Answer and Affirmative Defenses to Plaintiffs' Second Amended Complaint, a copy of which is hereby served upon you.

Dated:  June 10, 2008

Respectfully submitted,

/s/ Kristi Browne

The Patterson Law Firm P.C.
Kristi Browne
(6195553)
33 North LaSalle Street
Suite 3350
Chicago, Illinois 60602
Tel. 312-223-1699
Fax. 312-223-8549

Attorneys for Defendant Invsco Group, Ltd.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath certifies that on June 10, 2008, she electronically filed Defendant Invsco Group, Ltd.'s Answer and Affirmative Defenses to Plaintiffs' Second Amended Complaint with the Clerk of the Court using the CM/ECF system.

[X]  Under penalties as provided by law pursuant to 28 U.S.C. 1746, the undersigned certifies that the statements set forth herein are true and correct or on information and belief, certified that she verily believes the same to be true.

/s/ Kristi Browne

Dated:  June 10, 2008

The Patterson Law Firm P.C.
Kristi Browne
(6195553)
33 North LaSalle Street
Suite 3350
Chicago, Illinois 60602
Tel. 312-223-1699
Fax. 312-223-8549

Attorneys for Defendant Invsco Group, Ltd.