UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SMITH, ROBERT TERRY, PAUL BROWN, AND HARVEY EVERETT,<br><br>        Plaintiffs,<br><br>-against-<br><br>INVSCO GROUP, LTD., PLAZA 440 PRIVATE RESIDENCES CONDOMINIUM ASSOCIATION, ADMIRAL SECURITY SERVICES, INC., AND EDY KLEIN,<br><br>        Defendants. | 08-C-0579<br><br>Judge Joan H. Lefkow |

**PROPOSED SCHEDULING ORDER**

The parties, having held a scheduling conference attended by the following individuals:

| | |
|---|---|
| David Porter, Esq.<br>Attorney for the Plaintiffs | Bradford LeHew, Esq.<br>Attorney for Plaza 440 and Edy Klein |
| Kristi Browne, Esq.<br>Attorney for Invsco Group, Ltd. | Jeffrey S. Fowler, Esq.<br>Attorney for Admiral Security Services |

as required by FRCP 26(f), submit the following proposed scheduling order:

(A)    The parties believe that and early settlement conference ___ will  X  will not likely result in the disposition of the case.

(b)    The parties shall have until June 30, 2008 to make Rule 26(a)(1) disclosures, including producing the documents in the parties' possession referenced in the disclosures.

(c)    The following amendments to the pleadings and/or joinder of additional parties are anticipated and may be sought upon appropriate motion by n/a . Amendments thereafter may be made only on motion for good cause shown.

(d)    Non-expert discovery will close on December 31, 2008.

    (e)    The cut-off date for designation of Plaintiffs' and Defendants' trial expert(s) as provided in FRCP 26(a)(2) shall be agreed to by the parties and set by the Court at the status conference to be held before the close of discovery. Depositions of the experts shall be taken within 45 days of designation. Unless otherwise stipulated, disclosure of experts will include a report fully in compliance with FRCP 26(a)(2)(B).

    (f)    Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert or the close of discovery, whichever is earlier. If no motion is filed, the Court may deem such challenges waived.

**Dispositive Motions**

Before a dispositive motion is filed, the parties will exchange demand and offer letters in an effort to reach resolution of the case. A status hearing will be set on a date determined by the Court, approximately two weeks before the close of discovery. At this time, the parties will report on any outstanding discovery issues, as well as on the possibility of settlement and whether a settlement conference with a judge may be helpful. The parties should expect to be referred to a magistrate judge for settlement discussions before filing a motion for summary judgment.

Also at this status hearing, the court will set a schedule for disposition of the case, including trial dates.

**Consent to Proceed Before a Magistrate Judge**

The parties ____ consent   X   do not consent to have their case proceed before a magistrate judge.

Dated: June 18, 2008

By: /s/David Porter  
    David Porter, Esq.  
    Attorney for the Plaintiffs

By: /s/Bradford LeHew  
    Bradford LeHew  
    Attorney for Plaza 440 and Edy Klein

By: /s/Kristi Browne  
    Kristi Browne, Esq.  
    Attorney for Invsco Group, Ltd.

By: /s/Robert H. Brown  
    Robert H. Brown, Esq.  
    Attorney for Admiral Security Services

    ENTER

Date:_____, 2008

    _____  
    JOAN HUMPHREY LEFKOW  
    U.S. District Judge