UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SMITH, ROBERT TERRY, PAUL BROWN, AND HARVEY EVERETT, <br><br> Plaintiffs, <br><br> -against- <br><br><br> INVSCO GROUP, LTD., PLAZA 440 PRIVATE RESIDENCES CONDOMINIUM ASSOCIATION, ADMIRAL SECURITY SERVICES, INC., AND EDY KLEIN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) 08-C-0579 ) ) ) Judge Joan H. Lefkow ) ) Magistrate Judge Nolan ) ) ) ) ) ) |

## NOTICE OF FILING

To:  Kristi Brown, Esq.  
The Patterson Law Firm  
33 N. LaSalle Street  
Suite 3350  
Chicago, Illinois 60602  

Bradford Lehew, Esq.  
Litchfield Cavo LLP  
303 West Madison Street  
Suite 300  
Chicago, Illinois 60606  

Robert H. Brown, Esq.  
Laner Muchin Dombrow Becker  
 Levin and Tominberg, Ltd.  
515 North State Street  
Suite 2800  
Chicago, Illinois 60610  

**PLEASE TAKE NOTICE** that on June 18, 2008 there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, a **Proposed Scheduling Order**.  A copy of these papers are submitted herewith and served upon you.

Respectfully submitted,

By: /s/ David Porter  
     David Porter

DAVID PORTER, ESQ.  
Attorney for the Plaintiffs  
11 S. LaSalle Street  -  Suite 1000  
Chicago, Illinois 60603  
(312) 236-1207

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, hereby certifies that on June 18, 2008 he caused a copy of the foregoing **Proposed Scheduling Order**, to be served on this day on the following:

| | | |
|---|---|---|
| Kristi Brown, Esq. | Bradford Lehew, Esq. | Robert H. Brown, Esq. |
| The Patterson Law Firm | Litchfield Cavo LLP | Laner Muchin Dombrow Becker |
| 33 N. LaSalle Street | 303 West Madison Street |  Levin and Tominberg, Ltd. |
| Suite 3350 | Suite 300 | 515 North State Street |
| Chicago, Illinois 60602 | Chicago, Illinois 60606 | Suite 2800 |
| | | Chicago, Illinois 60610 |

by electronic service on this day.

                /s/ David Porter
                David Porter