Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 579 | DATE | 6/24/2008 |
| CASE TITLE | Smith, et al. vs. Invsco Group, Ltd., et al. | | |

**DOCKET ENTRY TEXT**

Enter Scheduling Order. Non-expert discovery will close on 12/31/2008

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 23 PM 6:18
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|