**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES T. SMITH, ROBERT TERRY, PAUL BROWN and HARVEY EVERETT,<br><br>  Plaintiffs,<br><br>  v.<br><br>INVSCO GROUP, LTD., PLAZA 440 PRIVATE RESIDENCES CONDOMINIUM ASSOCIATION, ADMIRAL SECURITY SERVICES, INC. and EDY KLEIN,<br><br>  Defendants. | 08-C-0579<br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Nolan |

## NOTICE OF FILING

To:  Bradford Lehew, Esq.         Robert H. Brown, Esq.         David Porter, Esq.
     Litchfield Cavo LLP           Laner Muchin Dombrow          11 S. LaSalle Street
     303 West Madison Street        Becker Levin and              Suite 1000
     Suite 300                      Tominberg, Ltd.               Chicago, Illinois 60603
     Chicago, Illinois 60606       515 North State Street
                                   Suite 2800
                                   Chicago, Illinois 60610

Please take notice that on June 30, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Defendant Invsco Group, Ltd.'s Disclosures Pursuant to FRCP 26(a)(1), a copy of which is hereby served upon you.

                  Respectfully submitted,

                  /s/ Kristi Browne

Dated:  June 30, 2008

                  The Patterson Law Firm P.C.
                  Kristi Browne
                  (6195553)
                  33 North LaSalle Street
                  Suite 3350
                  Chicago, Illinois 60602
                  Tel. 312-223-1699
                  Fax. 312-223-8549

                  Attorneys for Defendant Invsco Group, Ltd.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath certifies that on June 30, 2008, she electronically filed Defendant Invsco Group, Ltd.'s Disclosures Pursuant to FRCP 26(a)(1) with the Clerk of the Court using the CM/ECF system.

[X]   Under penalties as provided by law pursuant to 28 U.S.C. 1746, the undersigned certifies that the statements set forth herein are true and correct or on information and belief, certified that she verily believes the same to be true.

/s/ Kristi Browne

Dated:   June 30, 2008

The Patterson Law Firm P.C.
Kristi Browne
(6195553)
33 North LaSalle Street
Suite 3350
Chicago, Illinois 60602
Tel. 312-223-1699
Fax. 312-223-8549

Attorneys for Defendant Invsco Group, Ltd.