IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| James T. Smith, Robert Terry, Paul Brown, and Harvey Everett, | ) ) ) | |
| Plaintiffs, | ) ) | 08 C 0579 |
| v. | ) ) | Judge Joan H. Lefkow |
| Invsco Group, Ltd.; Plaza 440 Private Residences Condominium Association; Admiral Security Services, Inc.; and Edy Klein, | ) ) ) ) ) ) | Magistrate Judge Nan R. Nolan |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 16th day of September, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan H. Lefkow, in courtroom 1925, at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL and then and there present the parties' **Defendants' Joint Motion for Entry of Protective Order**, a copy of which will be served upon you.

Dated: September 2, 2008

                    /s/
Bradford A. LeHew
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6680
One of the Attorneys for Defendants Plaza 440
Private Residences Condominium Association
and Edy Klein