CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, I electronically filed the foregoing **DEFENDANTS JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

By:   s/ Bradford A. LeHew

Carrie A. Durkin (3123299)
Bradford A. LeHew (6280452)
Litchfield Cavo, LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
312-781-6610 (Durkin)
312-781-6680 (LeHew)
312-781-6630 (Fax)
durkin@litchfieldcavo.com
lehew@litchfieldcavo.com