## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SMITH, ROBERT TERRY, PAUL BROWN, AND HARVEY EVERETT, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -against- | ) ) ) | 08-C-0579 |
| | ) | Judge Joan H. Lefkow |
| INVSCO GROUP, LTD., PLAZA 440 PRIVATE RESIDENCES CONDOMINIUM ASSOCIATION, ADMIRAL SECURITY SERVICES, INC., AND EDY KLEIN, | ) ) ) ) ) | Magistrate Judge Nolan |
| Defendants. | ) | |

## NOTICE OF FILING

To: Bradford Lehew, Esq.
Litchfield Cavo LLP
303 West Madison Street
Suite 300
Chicago, Illinois 60606

Robert H. Brown, Esq.
Laner Muchin Dombrow Becker
   Levin and Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60610

Kristina L. Browne, Esq.
The Patterson Law Firm
One N. LaSalle Street
Suite 2100
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on September 12, 2008 there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **The Plaintiffs' Response in Opposition to the Defendants' Joint Motion for a Protective Order Containing "Counsel Eyes Only" Language**. A copy of these papers are submitted herewith and served upon you.

                                                            Respectfully submitted,

                                                            By: /s/ David Porter
                                                                David Porter

DAVID PORTER, ESQ.
Attorney for the Plaintiffs
11 S. LaSalle Street  -  Suite 1000
Chicago, Illinois 60603
(312) 236-1207

### CERTIFICATE OF SERVICE

  The undersigned, an attorney, hereby certifies that on September 12, 2008 he caused a copy of the foregoing **The Plaintiffs' Response in Opposition to the Defendants' Joint Motion for a Protective Order Containing "Counsel Eyes Only" Language**, to be served on this day on the following:

| | | |
|---|---|---|
| Bradford Lehew, Esq. | Robert H. Brown, Esq. | Kristina L. Browne, Esq. |
| Litchfield Cavo LLP | Laner Muchin Dombrow Becker | The Patterson Law Firm |
| 303 West Madison Street |  Levin and Tominberg, Ltd. | One N. LaSalle Street |
| Suite 300 | 515 North State Street | Suite 2100 |
| Chicago, Illinois 60606 | Suite 2800 | Chicago, Illinois 60602 |
| | Chicago, Illinois 60610 | |

by electronic service on this day.

              /s/ David Porter
              David Porter